**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DANIELLE ROSE HART,

                      Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------X

18 **CIVIL** 10299 (PAE)(DCF)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 15, 2019, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing and de novo decision. Upon remand, Plaintiff will have the opportunity to submit additional evidence and present new witnesses, and the Administrative Law Judge will further evaluate the evidence of record, including the opinion evidence, and consider the severity of Plaintiff's impairments, whether Plaintiff's impairments meet or equal any listed impairments, Plaintiff's residual functional capacity, and Plaintiff's symptoms.

**Dated:** New York, New York
          November 18, 2019

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court

                          BY:

                                                          **Deputy Clerk**